JUDGE FRANK MONTALVO      FILED

APR 14 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____FM_____
DEPUTY CLERK

From: Octavio Soltero #16134-480
Dalby Correctional Facility,
805 North Ave. E., Post, Tx 79356                  04/02/2021

**EP21CV0089**

To: Hudspeh County Sheriff's office.
Attn: County Sheriff.
525 Brown St., Sierra Blanca, Tx 79851

                                    Re.: Prison Rape Elimination Act (PREA) &
                                          Post Tramatic Stress Disorder (PTSD)

Dear Sirs / Madams:

    I hope this letter/claim find you in good health & happiness and be successful in your faith, in your business and in your life. I am praying for you and you and for your family and for your loves and for your Colleagues be safe and healthy and well enough Far from this deadly COVID-19. Please note as follows:

(1) Please find enclosed First Amended of Claimed for Damage, Injury or death, which I have added Hudspeh County Sheriff's office which in 2nd original Tort claim that it have been submitted to U.S. DoJ @ Washington D.C. that I had not mentioned Hudspeh County Sheriff office by error on my 1st Claim for Damage, which is Reality Principle and in Fact Hudspoh County Sheriffs, County jail (Sierra Blanca jail) is Responsible for forcelly Assulted and Prison gang Raped on 12/22/2018 @ 3:30 AM when I have been in Sierra Blanca County Jail @ Hudspoh County Tx.

(2) Due to forcelly Sexually Assuled and Prison gang Raped and my

(1)

body injury @ Hudspeh County Sheriff Jail @ Sierra Blanca Jail on 12/22/2018, I am suffering of Sexually hostile enviroment in County Jail and now experienced heavy Anxiety, depression and Post Tramtic Stress Disorder (PTSD) because Hudspeh County Sheriff Empolyee failed to protect me in Jail and Neglizent Acts.

(3): Please find attached copy of letter of DOJ Civil Division, Tort Branch dated 02/04/2021, in Response to my claim for Damage, Injury or death dated 12/14/2020, which by Error I have not enclosed your office (Hudspeh County Sheriff's office) which your Employee did a major Neglizent Acts.

(4): If Hudspeh County Sheriff's office dont want go before Court of Law and dont went litigation Very Costly PREA case which I have documented and Proved, and Prefer not to litigate my case. I am agree to Negotiating for fair and lawful Settelment, but not Same offer on April, 2019 by U.S. Marshal Agent Ms. ?? which it was very far from my Requested. Now I am Requesting from Sheriff's office to make some arrangement with government & Sentencing Judge for Time served of my Remain Sentence which it is less than 2 years, plus $500,000.00 which I will wave my Rights under PREA for bring this case before the Court of Law.

4/1/21

*[Notary seal: DAVID DEWELL GRAVES, My Notary ID # 128614187, Expires May 9, 2023]*

David D. Graves

Sincerly,
Octavio Soltero-Uribe.
Octavio Soltero.

C.C.: U.S. Dist. Court For Westren Dist of Texas, El Paso Division
C.C.: DOJ Civil Division, Tort Branch.
C.C.: U.S. Dist. Court For D.C.

body injury @ Hudspeh County Sheriff Jail @ Sierra Blanca Jail on 12/22/2018. I am suffering of Sexually hostile environment in County Jail and now experienced heavy Anxiety depression and Post Traumatic Stress Disorder (PTSD) because Hudspeh County Sheriff Employee failed to protect me in Jail and Negligent Acts.

(3): Please find attached Copy of letter of DOJ Civil Division, Tort Branch dated 02/04/2021, in Response to my claim for Damage, Injury or death dated 12/14/2020, which by Error I have not enclosed your office (Hudspeh County Sheriff's office) which your Employee did a major Negligent Acts.

(4): If Hudspeh County Sheriff's office don't want go before Court of Law and don't want litigation very Costly PREA Case which I have documented and Proved, and prefer not to litigate my case. I am agree to Negotiating for fair and lawful Settlement, but not Same offer on April, 2019 by U.S. Marshal Agent MS. ?? which it was very far from my Requested. Now I am Requesting from Sheriff's office to make some arrangement with government & Sentencing Judge for Time served of my Remain Sentence which it is less than 2 years, plus $ 500,000.00 which I will wave my Rights under PREA for bring this Case before the Court of Law.

4/1/21

[Notary stamp: DAVID DEWELL GRAVES, My Notary ID # 128614187, Expires May 9, 2023]

David D. Graves.

Sincerely,
Octavio Soltero-Uribe.
Octavio Soltero.

C.C.: U.S. Dist. Court For Western Dist of Texas, El Paso Division
C.C.: DOJ. Civil Division, Tort Branch.
C.C.: U.S. Dist Court For D.C. ✓

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:**
Hudspeth County Sheriff's Office
Attn: County Sheriff.
525 Brown St.
Sierra Blanca Tx 79851

**2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.**
Octavio Soltero-Uribe
Reg #16184-480
Dalby Correctional Facil. 805 North Ave F
Post TX 79356

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 03/07/1987 | Married | 12/22/2018 | 3:30 AM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).
First time I was Raped when I been in custody el Paso County Jail on 9/22/2018 and after Reported to El Paso Sheriff Authority and came back from Hospital I was transfered to Hudspeth County Jail @ "Sierra Blanca" when I was gang Raped by two other inmates on 12/22/2018 @ 3:30 AM which I have Reported to Jail Authority and Sand Me to hospital. Due to Hudspoh County Sheriffs @ Jail Failed to Protect Me as Resul their Negligent acts and commission I was gang Raped.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.
Forceable Sexual Assault & gang Raped, Damage to the Anus and Mentally Damage.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Both Hospital Records, Hospitals Doctor testified, U.S. Marshal Records, Sheriff Dept. Records, Court Records | El-Paso County Hospital Sierra Blanca Hospital |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| N/A | $2,000,000.00 As. Damge $1,000,000.00 Punitve Damage | | $3,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Octavio Soltero | N/A | 04/d/2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

**15. Do you carry accident insurance?** ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

N/A

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No   **17. If deductible, state amount.**

N/A

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

N/A

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

N/A

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. | | |
| 15. Do you carry accident insurance?   ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No | | |
| N/A | | |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No | | 17. If deductible, state amount. |
| N/A | | |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). | | |
| N/A | | |
| 19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No | | |
| N/A | | |

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

① ④

From: Octavio Soltero-Uribe # 16184-480         04/02/2021
Dalby Correctional Facility.
805 North Ave. F. Post TX 79356

To: El Paso County Sheriff's office
Attn: El Paso County Shriff
3850 Justice, El Paso Tx 79938

Re: Prison Rape Elimination Act (PREA)
& Post Tramatic Stress disorder (PTSD)

Dear Sir's/Madam's

I hope this letter/claim find you in good health, happiness and be successful in your faith, in your business and in your life. I am praying for you and for your family and for your loves and for your colleagues be safe and healthy and well enough far from this deadly COVID. Please note as follows:

(1): Please find enclosed Frist Amended of Claimed for Damage, Injury or death which I have added El Paso County Sheriffs office which in second original Tort claim that have Submitted to US DoJ @ washington, D.C which I had not mentioned El Paso Sheriff's office by Error on my 1st claim for Damage, which in reality principle and in fact El-Paso County Sheriff's, County Jail is Responsible for sexually Assulted and Prison Raped on sept. 22, 2018, when I have been in "Concide" Jail @ El Paso County, Texas from Sept. 16, 2018

(2): Due to forcelly sexually Assulted and my body injury @

El-Paso County Jail on Sept. 2018, I am Suffering of Sexually hostile enviroment in County Jail and now Experienced heavy Anxiety depression and Post-Tramtic Stress Disorder (PTSD) because Sheriff's County Empolyee failed to protect me and neglijent Acts.

(3) Please find attached Copy of letter of DOJ Civil Division, Tort Branch dated 02/04/2021, in Response to my Claim for Damage injury or death dated 12/14/2020, which by Error I have not encluded El Paso Sheriff's office, which it was Major Neglijont Acts by El-Paso Sheriff's deputy.

(4): It El-Paso County Sheriffs dont went go before Court of Law and dont went litigation Very Costly PREA case which have documented and proved and Prefer not to litigate my case, I am agree to negotiating for fair and lawful Settelment but not Same offer on April, 2019 by Marshal agent Ms. ?? which it was very Far from my Requested, Now I am Requesting from Sheriffs office make Some arrangement with government & Sentencing Judge for time Served of my Sentence which it is less than 2 years, plus $ 500,000.ºº, which I will wave my Rights under PREA for bring this case before the Court of Law.

Sincerly.
Octavio-Soltero-Uribe.

C.C. U.S. Dist. Court For Western Dist. of Texas     Octavio Soltero
C.C.: DOJ. Civil Division, Tort Branch.

DAVID DEWELL GRAVES
My Notary ID # 128614187
Expires May 9, 2023

David D. Graves    4/1/21

El Paso County Jail on Sept. 2018, I am suffering of sexually hostile enviroment in County Jail and now Experienced heavy Anxiety, depression and Post Tramtic Stress Disorder (PTSD) because Sheriff's County Empolyee failed to protect me and negligent Acts.

(3) Please find attached Copy of letter of DOJ Civil Division, Tort Branch dated 02/04/2021, in response to my Claim for Damage injury or death dated 12/14/2020, which by Error I have not encluded El Paso Sheriff's office, which it was Major Negligent Acts by El-Paso Sheriff's deputy.

(4): If El-Paso County Sheriffs don't want go before Court of Law and don't want litigation very Costly PREA case which have documented and proved and prefer not to litigate my case, I am agree to negotiating for fair and lawful Settelment but not Same offer on April, 2019 by Marshal agent Ms. ?? which it was very far from my Requested. Now I am Requesting from Sheriff's office make Same arrangement with government & Sentencing Judge for time Served of my Sentence which it is less than 3 years, Plus $ 500,000, which I will wave my Rights under PREA for bring this case before the Court of Law.

Sincerely

Octavio Soltero-Uribe

Octavio Soltero.

C.C. U.S. Dist. Court For western Dist. of Texas
C.C.: DOJ. Civil Division, Tort Branch.

DAVID DEWELL GRAVES
My Notary ID # 128614187
Expires May 9, 2023

David D. Graves 4/1/21

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| El Paso County Sheriffs office Attn. El Paso Shriff. 3850 Justice El Paso TX 79938 | Octavio Soltero Uribe Reg # 18184-480 Dalby Correctional Fact. 805 North Ave F Post, TX 79356 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 03/07/1937 | Maried | 9/22/2018 | 11 PM & 3.30 AM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

While in the Custody El Paso County Shirifts & County Jail named "Concido" on or about Sept 22, 2018, I was Raped (a) about 11 PM by another Inmates, which I have Reported to authority of El Paso County Shrift and after Returned from Hospital there after I was transfered to another County Jail the name is "Siera Blanca Hudspeth County when was gang Raped by two other inmates on 12/22/2018. El Paso Shrift Raped and County failed to Protect me as Result their Negligent acts and ommssion gets Raped

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NA

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Forceable Sexual Assault & Raped, Damage to the Anus and Mentaly Damage.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Hospital Records certified. Hospital Doctors certified. U.S. Marshal Records. Shrifts Medical Records. Court Records | El Paso County Hospitals, Sierra Blanco Hospital |

12. (See instructions on reverse).    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| N/A | $2,000,000.00 Per Damage $1,000,000.00 Punitive Damg | | $3,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Octavio Soltero | N/A | 04/01/2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15.** Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

N/A

**16.** Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   **17.** If deductible, state amount.

N/A

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A

**19.** Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

N/A

### INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. | | |
| 15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No<br><br>N/A | | |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No<br><br>N/A | | 17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).<br><br>N/A | | |
| 19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No<br><br>N/A | | |

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK



**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff




*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

GKJ:HLSwann:hls
157-16-NEW

February 4, 2021

Mr. Octavio Soltero-Uribe
Reg. No. 16184-480
Giles W. Dalby
Correctional Institution
805 North Avenue F
Post, TX   79356

Re:   Administrative Tort Claim of Octavio Soltero-Uribe

Dear Mr. Soltero-Uribe:

This is in response to your administrative tort claim dated December 14, 2020, which you submitted to the Department of Justice (Department). The Department received the claim on December 21, 2020. This office received it on January 22, 2021.

Because your claim concerns an alleged tort involving the U.S. Marshals Service (USMS), I am forwarding the claim to that agency. All further communication on this matter should be directed to the USMS at the address listed below.

Very truly yours,

Hope L. Swann

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch

cc:   Mr. Gerald M. Auerbach
U.S. Marshals Service Headquarters
Office of General Counsel
Building CG-3, 15th Floor
Washington, D.C. 20530-0001

04/2011
04/2014

Octavio Sulfero-Uribe
B.O.P.# 16184-480
Dalby Correctional Facility
805 No. 1h Ave. F
Post Tx 79356

RECEIVED
APR 08 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK
Legal Mail
Case No. EP:18-CR-0298-FM(1)

LUBBOCK TX 794
5 APR 2021 PM 1 L

U.S. Dist. Court For
Western Dist. of Texas. El Paso Division
525 Magoffin Ave. Room 105
El Paso Tx 79901

79901-257830