IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OCTAVIO SOLTERO,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| | § | EP-21-CV-89-FM |
| | § | |
| HUDSPETH COUNTY SHERIFF'S<br>OFFICE and SIERRA BLANCA<br>COUNTY JAIL,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with the Dismissal Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff Octavio Soltero's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED** as moot.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **5th** day of **April 2022**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE